UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 20976
   THOMAS KIM
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-6598
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/25/05 and confirmed on 09/02/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 24300.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 9459.08 | .00 | 1811.35 |
| ECAST SETTLEMENT CORP | UNSECURED | 1127.42 | .00 | 215.89 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14352.58 | .00 | 2748.42 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 21954.90 | .00 | 4204.21 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 216.82 | .00 | 41.52 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8421.19 | .00 | 1612.60 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 20669.44 | .00 | 3958.06 |
| NORTHERN TRUST | UNSECURED | 32743.62 | .00 | 6270.18 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 936.61 | .00 | 179.35 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 109881.66 | .00 | 109881.66 |
| PRINCIPAL PAID | .00 | .00 | 21041.58 | .00 | 21041.58 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 21041.58 | .00 | 21041.58 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   2200.00 and was paid $    294.80  direct and $   1905.20  through the plan.

The Trustee received $    1053.22 .

Refunds to the Debtor totaled $     300.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/09/09                           /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE